# EXHIBIT "H"

# Notice of Violation
Date Issued: December 15 2010

| APN: 638313001 | Case Number: 2010-00000757 |
|---|---|
| **Subject Property: 11390 AMBROSIO DR., Desert Hot Springs, CA 92240** ||
| **Owner/Occupant:  HOWARD, LUCY** ||
| **Mailing Address: 11390 AMBROSIO DR., Desert Hot Springs, CA 92240** ||

**An inspection of your property has revealed the following violation(s) of the Desert Hot Springs Municipal Code section (§):**

| Code | Violation Description | Municipal Code |
|---|---|---|
| 8.40.040.F | Abandoned Property - Landscaping not maintained | Maintenance of abandoned properties shall include landscape maintenance of visible front and side yards. |
| 8.40.030.A.1 | Abandoned Property - Bene/Trustee failed to register w/ City Mgr | If a property is found to be vacant or shows evidence of vacancy, it is, by this chapter, deemed abandoned and the beneficiary or trustee shall, within ten days of the inspection or the date of vacancy, whichever is earliest, register the property with the City Manager or designee on forms provided by the City. |
| 8.40.060.A | Abandoned Property  - Signage requirements | Any abandoned property shall be posted with the name and 24-hour contact phone number of the trustee/beneficiary or a local property management company that must be retained by an out-of-area beneficiary/trustee. The posting shall be no less than 18 inches by 24 inches and shall be of a font that is legible from a distance of 45 feet and shall contain along with the name and 24-hour contact number the words "THIS PROPERTY MANAGED BY"and "TO REPORT PROBLEMS OR CONCERNS CALL". The posting shall be placed on the interior of a window facing the street to the front of the abandoned property so it is visible from the street or secured to the exterior of the building/structure facing the street to the front of the property so it is visible from the street; if no such area exists, on a stake of sufficient size to support the posting in a location that is visible from the street to the front of the property but not readily accessible to vandals. Exterior posting must be constructed of and printed with weather resistant materials. |

You are hereby ordered to discontinue the violation(s) and not to let the violation(s) recur. Violation(s) must be corrected by no later than 1/19/11 by taking the following action(s) necessary to address and correct ('CORRECTIVE ACTIONS') the above listed violation(s).

Corrective Actions:

**Please submit the required registration and the annual fee for the above bank-owned property by the date noted below. Cut and remove any dead and/or dying landscape in the front yard area and maintain in a healthy condition. Post the required signage pertaining to the property management information for the property – (see above for signage requirements.)**

Please be advised that the CORRECTIVE ACTIONS must be commenced by no later than _____ and completed no later than _____. IF THE ABOVE CORRECTIVE ACTIONS ARE NOT COMMENCED OR COMPLETED WITHIN THE TIME PERIODS SPECIFIED ABOVE, PURSUANT TO SECTION 8.40 OF THE DESERT HOT SPRINGS MUNICIPAL CODE A CIVIL PENALTY IN THE AMOUNT OF $1,000.00 WILL BE ISSUED FOR EACH DAY THAT THE VIOLATION(S) CONTINUE(S) AT THE PROPERTY.

A re-inspection will be made on or after the correction date. Additional enforcement actions such as: administrative abatement, civil penalties, revocation of permits, recordation of notice of violation, criminal prosecution, receivership and/or civil injunction may be utilized to correct the violations(s). For further information please contact:

Method:   Personal Delivery: ( )   Posted: (xx   1st Class Mail: (xx)   Certified Mail/No: _____

Signature: _____
Code Enforcement Officer: Marianne Parsons

# AFFIDAVIT OF POSTING OF NOTICES

Case Number: 2010-00000757

I, Marianne Parsons, the undersigned, hereby declare:

1. I am employed in the City of Desert Hot Springs by the City of Desert Hot Springs Code Enforcement Department; that my business address is:

    City of Desert Hot Springs
    Code Enforcement Department
    65950 Pierson Blvd.
    Desert Hot Springs, CA 92240

2. On _____ at _____ securely and conspicuously posted a Notice or Administrative Citation at the property described as:

    11390 AMBROSIO DR
    Desert Hot Springs, CA 92240

    Assessor's Parcel Number: 638313001

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on _____ at the City of Desert Hot Springs Police Department in the city of Desert Hot Springs, California.

**Code Enforcement Department**

By: _____
    Marianne Parsons,,
    Code Enforcement Officer

# PROOF OF SERVICE BY MAIL

I am employed in the City of Desert Hot Springs, State of California. I am over the age of 18 years and not a party to the within action. My business address is 65950 Pierson Blvd. Desert Hot Springs, California 92240.

On December 15 2010, I caused to be served the within document:

### *NOTICE OF VIOLATION AT REAL PROPERTY LOCATED AT*
### *11390 AMBROSIO DR. DESERT HOT SPRINGS, CALIFORNIA 92240*

on the parties in this action by placing a true copy thereof in a sealed envelope, each envelope addressed as follows:

**PLEASE SEE ATTACHED SERVICE LIST**

| | |
|---|---|
| _X_ | **(By First-Class Mail )** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with City of Desert Hot Springs practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. |
| ___ | **(By Personal Service)** I caused each such envelope to be delivered by hand to the offices of each addressee above. |
| ___ | **(By Facsimile)** I caused said document(s) to be sent by facsimile machine number indicated above, by facsimile machine number (760) 288-0635, which machine complies with Rule 2003(3) of the California Rules of Court and no error was reported by the machine. |
| ___ | **(By Overnight Mail)** I caused each such envelope to be sent by California Overnight to the offices of each addressee above –***Tracking No._____.*** |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED at Desert Hot Springs California on December 15 2010.

_____
Marianne Parsons
Code Enforcement Officer

**SERVICE LIST**

## *NOTICE OF VIOLATION AT REAL PROPERTY LOCATED AT 11390 AMBROSIO DR, DESERT HOT SPRINGS, CALIFORNIA 92240*

### *APN 638313001*

**OCWEN LOAN SERVICING, LLC**
**ATTN: NOEMI GONZALES-MORALES**
**1661 WORTHINGTON RD STE 100**
**WEST PALM BEACH, FL 33416-4737**

**OCWEN LOAN SERVICING, LLC**
**ATTN: KALPAK NAIK**
**1661 WORTHINGTON RD STE 100**
**WEST PALM BEACH, FL 33416-4737**