# EXHIBIT "K"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| HSBC BANK USA, N.A., AS TRUSTEE FOR FREMONT HOME LOAN TRUST 2005-A, MORTGAGE-BACKED CERTIFICATES, SERIES 2005-A; | ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | No. 12-CV-481 |
| v. | ) ) | |
| DAMIAN J. HARDMAN; HSBC FINANCE CORPORATION, SUCCESSOR IN INTEREST TO HOUSEHOLD BANK F.S.B., A FEDERAL SAVINGS BANK; JPMORGAN CHASE BANK, N.A, SUCCESSOR IN INTEREST TO FIRST DEPOSIT NATIONAL BANK, | ) ) ) ) ) ) ) ) ) | Hon. Edmond E. Chang |
| Defendants. | ) | |

**AFFIDAVIT OF DAMIAN J. HARDMAN IN SUPPORT OF**
**DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES**

DAMIAN J. HARDMAN, being duly sworn on oath, deposes and states as follows:

1. I am the lead Defendant in the case at bar. I am more than twenty-one years of age. I have personal knowledge of all the facts related herein, and I am competent and ready to testify to them in any court of law.

2. As of February 20, 2013, I have never received a Notice of Default from the Plaintiff in the above-captioned case concerning the Subject Property—or from any representative of the Plaintiff.

Further affiant sayeth not.

_____
Damian J. Hardman

SIGNED AND SWORN to
personally before me this 20 day of
February, 2013.

_____
Notary Public

KATHY CAGE-GUINN
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
December 20, 2015

My commission expires: 12-20-2015